BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5810
  Fax:  (916) 324-5205

Attorneys for Defendants Carey and Guzman
SA2004104568

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HAROLD ROBERTSON,** | CASE NO. CIV S-04-1587 DFL GGH P |
| Plaintiff, | **STIPULATION TO VOLUNTARY DISMISSAL OF ACTION** |
| **v.** | |
| **T. GUZMAN, et al.,** | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

1    THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal this action

2    pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear his own

3    attorney's fees and costs.

4    SO STIPULATED.

5    DATED:  12/05/05_____          /s/  See attachment for signature_____
                                         HAROLD ROBERTSON, Plaintiff
6

7    SO STIPULATED.

8    DATED:  12/08/05_____          */s/  Daniel P. O'Donnell_____*
                                         DANIEL P. O'DONNELL
9                                        Attorney for Defendants

10

11   IT IS SO ORDERED, that this action shall be dismissed.

12   DATED: 12/21/05

13
                              /s/ Gregory G. Hollows
14                   _____
                              GREGORY G. HOLLOWS
15                            UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

16

17

18   rob1587.stip.wpd

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE